■ Moussa Ousmane et al., Respondents, v City of New York et al., Appellants. [820 NYS2d 803]—Appeal from order, Supreme Court, New York County (Carol Edmead, J.), entered April 25, 2005, unanimously withdrawn. Motion seeking leave to withdraw appeal granted. No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Andrias, Marlow and Malone, JJ.